**Order entered March 4, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00110-CV

### PRASHANT PRABHULKAR, Appellant

### V.

### PROGRESSIVE AUTO INSURANCE, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03030-2018**

## ORDER

Before the Court is appellant's March 2, 2020 motion for an extension of time to file the clerk's and reporter's records. Appellant filed a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in this Court. Accordingly, appellant is allowed to proceed without payment of this Court's filing fees. *See* TEX. R. APP. P. 20.1(a), (c). However, fees charged by the trial court clerk or court reporter for preparation of their respective records are governed by Texas Rule of Civil Procedure 145. *See id*. 20.1(a). To obtain a free appellate

record, appellant must follow the procedure set forth in rule 145 of the rules of civil procedure. *See* TEX. R. CIV. P. 145.

In light of these circumstances, we **GRANT** appellant's motion as follows. We order appellant to file, by **March 27, 2020**, either written verification that he has paid or made arrangements to pay for the clerk's and reporter's records or documentation demonstrating that appellant has been found entitled to proceed without payment of costs for the appellate record.

We **DIRECT** the Clerk of this Court to send a copy of this order to Lynne Finley, Collin County District Clerk; Antoinette Varela, Official Court Reporter for the 366th Judicial District Court; and all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE